AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   CALIFORNIA

**APPEARANCE**

Case Number: 08mj2057

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ISMAEL RUBIO-OLMEDA

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/10/2008 | /s/ ERICK L. GUZMAN |
| Date | Signature |
| | Erick L. Guzman/Federal Defenders of SD    244391 |
| | Print Name                                   Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City            State            Zip Code |
| | (619) 234-8467        (619) 687-2666 |
| | Phone Number                          Fax Number |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08mj2057 |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| ISMAEL RUBIO-OLMEDA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

    United States Attorney's Office
    880 Front Street
    San Diego, CA  92101


Dated:  July 10, 2008                     /s/ Erick L. Guzman
                                                   ERICK L. GUZMAN
                                                   Federal Defenders
                                                   225 Broadway, Suite 900
                                                   San Diego, CA 92101-5030
                                                   (619) 234-8467  (tel)
                                                   (619) 687-2666  (fax)
                                                   E-mail: erick_guzman@fd.org