FILED
AUG - 5 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>ISMAEL RUBIO-OLMEDA,<br><br>                    Defendant. | Criminal Case No. 08CR2490-JLS<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Sec. 1326(a)<br>and (b) - Deported Alien Found<br>in the United States (Felony) |

The United States Attorney charges:

On or about July 6, 2008, within the Southern District of California, defendant ISMAEL RUBIO-OLMEDA, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

DATED: 8/5/08.

KAREN P. HEWITT
United States Attorney

MICHELLE M. PETTIT for
Assistant U.S. Attorney

MIP:mg:San Diego
7/18/08