AO 455(Rev. 5/85) Waiver of Indictment

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

AUG - 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KB      DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| ISMAEL RUBIO-OLMEDA | CASE NUMBER: 08CR2490-JLS |

I, <u>ISMAEL RUBIO-OLMEDA</u>, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 8/5/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _Ismael Rubio O_
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer