FILED
DEC 0 3 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL RUBIO-OLMEDA,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Civ. No. 09-2510GT<br>Cr. No.  08-2490GT<br><br>**ORDER** |

**IT IS ORDERED** that, in conformity with Federal Habeas Corpus Rules 4 and 5 and Federal Rule of Civil Procedure 81(a)(2), respondents shall file an answer to petitioner's petition no later than January 11, 2010. The petition was filed November 6, 2009. Petitioner may file a traverse no later than January 25, 2010.

**IT IS SO ORDERED.**

12-3-09
date

GORDON THOMPSON, JR.
United States District Judge

cc: AUSA Bruce Castetter