

FILED

AUG 27 2010

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL RUBIO-OLMEDA,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Civ. No. 09-2510GT<br>Cr. No.  08-2490GT<br><br>**ORDER** |

On November 6, 2009, Petitioner Ismael Rubio-Olmeda ("Mr. Rubio"), filed a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. Essentially, Mr. Rubio argues that the 16 level enhancement under § 2L1.2(b)(1)(A)(vii) for alien smuggling was inappropriate. The enhancement was first based on a 1994 conviction for alien smuggling and then on a 1988 conviction for alien smuggling. Since both Probation and the Government agree they can not locate documents which support the 1988 conviction, it is unclear whether the 16 level enhancement was appropriate. Accordingly,

//

**IT IS ORDERED** that Mr. Rubio's Motion to Correct Sentence is **GRANTED.** Mr. Rubio shall be re-sentenced on October 19, 2010 at 9:00 a.m.

**IT IS FURTHER ORDERED** that Probation file an Addendum with an updated sentencing summary chart.

**IT IS FURTHER ORDERED** that the Government and defense counsel file updated sentencing documents.

**IT IS SO ORDERED.**

8-26-10
date

GORDON THOMPSON, JR.
United States District Judge

cc: All parties and Probation Department